**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| GABRIEL MAXEY. #42869-083 | : |
| Plaintiff | : CIVIL ACTION NO. RWT-07-1542 |
| v. | : |
| LISA HOLLINGSWORTH, Warden Bureau of Prisons | : |
| Respondent | : |

..oOo..

**MEMORANDUM OPINION**

This is a pro se action 28 U.S.C § 2241 petition filed by Gabriel Maxey, a federal prisoner incarcerated at FCI- Cumberland, Maryland, challenging his participation in the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP). Maxey also disputes the lodging of a detainer against him by New Jersey officials that renders him ineligible for certain institutional privileges. The court will grant Petitioner's Motion to Proceed in Forma Pauperis, and dismiss the Petition without prejudice for failure to exhaust available remedies.

This court will not entertain a habeas petition attacking Petitioner's interstate detainer until he has exhausted his state remedies. See Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 489. Furthermore, before Petitioner may seek habeas corpus relief under 28 U.S.C. §2241 challenging his participation in the IFPP, he must exhaust the BOP's administrative remedy process for inmates. See 28 C.F.R. § 542.10; see e.g. Pelissero v. Thompson, 170 F.3d 442, 445 (4th Cir. 1999); Carmona v. U..S. Bureau of Prisons, 243 F.3d 629 (2nd Cir. 2001); Marintinez v. Roberts, 804 F.2d 570 (9th Cir. 1996).

Petitioner neither claims, nor does the record show, that he has sought relief through the state

courts with regard to the detainer or the BOP with regard to the IFRP.  Although Maxey suggests that such efforts would prove futile, he provides no factual basis to support his assertion.

Absent any indication that Petitioner has attempted to exhaust avenues for relief at the administrative or state level, the court will dismiss both claims presented in the Petition without prejudice. A separate Order follows.

Date: 6/25/07                                                   /s/
                                                            ROGER W. TITUS
                                                            UNITED STATES DISTRICT JUDGE